October 2, 1970

## Chester School District Appeal.

Argued September 22, 1970. *Guy G. deFuria*, with him *Fronefield, deFuria and Petrikin*, for appellant; *Francis P. Connors*, with him *Levis, Connors & Swanick*, for Chester Township School District, intervening appellee; *John F. Cramp*, with him *Cramp and D'Iorio*, for Penn-Delco Union School District, intervening appellee; *Patrick H. Washington*, Deputy Attorney General, with him *Fred Speaker*, Attorney General, for State Board of Education, appellee.

Decree and judgment affirmed.